Julius Lidke, Respondent, v. Riverside Drive and One Hundred and Fiftieth Street Company, Appellant.—Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.; Scott, J., dissented.

Margaret A. Lynch, Respondent, v. Anna Murphy, Appellant.— Determination affirmed, with costs. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.; Ingraham, P. J., dissented on the ground that the contract sued on was not in writing and was void under the Statute of Frauds.*

Kaufman Costume Company, Respondent, v. Kaufman Gown Company, Incorporated, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.; Clarke, J., dissented.

Joseph Larocque, Respondent, v. New York Herald Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Eugene Higgins, Plaintiff, v. Alwold Realty Company and Another, Defendants.— Exceptions overruled and judgment ordered for plaintiff on verdict, with costs. No opinion. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

James Harold Warner, on Behalf of Himself and Others, etc., Appellant, v. Edwin D. Morgan and Another, Respondents.—Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

* See Pers. Prop. Law (Gen. Laws, chap. 47; Laws of 1897, chap. 417), § 21, subd. 6; Id. (Consol. Laws, chap. 41; Laws of 1909, chap. 45), § 31, subd. 6; Id. §§ 85, 157, added by Laws of 1911, chap. 571.— [REP.